```
                        3RD DISTRICT COURT
                   SALT LAKE COUNTY, STATE OF UTAH

            LESLIE HOWELL et al. vs. ZION BANCORPORATION et al.
CASE NUMBER 210902501 Contract: Fraud
```

CURRENT ASSIGNED JUDGE
        JAMES BLANCH

**USDC DIST OF UT CASE No. 2:21cv00349 TC**

PARTIES
        Plaintiff - LESLIE HOWELL
        Represented by: JAMES MAGLEBY
        Represented by: JENNIFER PARRISH
        Represented by: BRYANT WATSON

        Plaintiff - GRETCHEN HOWELL
        Represented by: JAMES MAGLEBY
        Represented by: JENNIFER PARRISH
        Represented by: BRYANT WATSON

        Defendant - ZION BANCORPORATION

        Defendant - GAYLEN RUST


ACCOUNT SUMMARY
                Total Revenue Amount Due:        625.00
                            Amount Paid:         625.00
                          Amount Credit:           0.00
                                Balance:           0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                    Original Amount Due:         375.00
                    Amended Amount Due:          375.00
                            Amount Paid:         375.00
                          Amount Credit:           0.00
                                Balance:           0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                    Original Amount Due:         250.00
                    Amended Amount Due:          250.00
                            Amount Paid:         250.00
                          Amount Credit:           0.00
                                Balance:           0.00


CASE NOTE


PROCEEDINGS
05-08-2021   Filed: Complaint
05-08-2021   Case filed by efiler
05-08-2021   Judge JAMES BLANCH assigned.

| Date | Entry |
|---|---|
| 05-08-2021 | Fee Account created Total Due: 375.00 |
| 05-08-2021 | Fee Account created |
| 05-08-2021 | Fee Account created Total Due: 250.00 |
| 05-08-2021 | Fee Account created |
| 05-08-2021 | COMPLAINT - NO AMT S  375.00 |
| 05-08-2021 | JURY DEMAND - CIVIL  250.00 |
| 05-08-2021 | Filed: Return of Electronic Notification |
| 05-14-2021 | Filed: Amended Complaint |
| 05-14-2021 | Filed: Return of Electronic Notification |
| 05-17-2021 | Filed return: Return of Service of Summons  First Amended Complaint upon LINDSEY JACOBS for<br>    Party Served: ZION BANCORPORATION<br>    Service Type: Personal<br>    Service Date: May 15, 2021<br>       Garnishee: |
| 05-17-2021 | Filed: Return of Electronic Notification |
| 06-04-2021 | Filed: Exhibit 1; First Amended Complaint and Jury Demand |
| 06-04-2021 | Filed: Notice of Removal to the United States District Court for the District of Utah Central Division |
| 06-04-2021 | Filed: Return of Electronic Notification |
| 06-04-2021 | Case Disposition is Removed Fed Court<br>Disposition Judge is JAMES BLANCH |